NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**VAN DER HOEVEN HORTICULTURAL PROJECTS B.V.,**
*Appellant*

**v.**

**GLASS INVESTMENT PROJECTS, INC.,**
*Appellee*

———————————————

2018-2234

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00476.

———————————————

**JUDGMENT**

———————————————

JUSTIN J. OLIVER, Venable LLP, Washington, DC, argued for appellant.  Also represented by ANDREW KUTAS, MICHAEL P. SANDONATO, New York, NY.

MICHAEL J. WISE, Perkins Coie, LLP, Los Angeles, CA, argued for appellee.  Also represented by LARA DUEPPEN; ANDREW DUFRESNE, Madison, WI.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 11, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |